No. 42, Misc. ANTIPAS *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. June 23, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se. Solicitor General Cox* for the United States. 

No. 35, Misc. GREEN *v.* ELLIS, CORRECTIONS DIRECTOR, ET AL. On petition for writ of certiorari to the Court of Criminal Appeals of Texas. June 30, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se. Will Wilson,* Attorney General of Texas, and *Riley Eugene Fletcher,* Assistant Attorney General, for respondent.

No. 183. COLUMBIA BROADCASTING SYSTEM, INC., ET AL. *v.* BRADBURY. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. August 7, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. *William A. C. Roethke* for petitioners. *Sanford I. Carter* for respondent. 

No. 183, Misc. JONES *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit. September 14, 1961. Dismissed pursuant to Rule 60 of the Rules of this Court. Petitioner *pro se. Solicitor General Cox* for the United States.

801